UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAWN VADELL EDWARDS,<br><br>Defendant. | Criminal Action No. 03-0054 (JDB)<br><br>**FILED**<br>MAY 2 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Before the Court is the report and recommendation of Magistrate Judge Robinson dated May 2, 2008, recommending that defendant's supervised release be revoked and that he receive a sentence of four months' imprisonment for the violations at issue and no additional term of supervised release thereafter. Defendant has conceded the violations, and has not objected to the recommended term. The government and the U.S. Probation Office concur in the recommended term.

Upon consideration of the report and recommendation and the entire record herein, it is hereby

**ORDERED** that the report and recommendation is adopted by the Court; it is further

**ORDERED** that defendant's supervised release is **REVOKED** and a sentence of four months' imprisonment imposed. No additional term of supervised release will follow. A Judgment will be issued herewith.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: May 23, 2008

Copies to:

Dani Jahn
Office of the Federal Public Defender
625 Indiana Avenue, Northwest
Washington, D.C. 20004

Angela George
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20004

Andre Wilson
U.S. Probation Office